SWIFT & CO. ET AL. v. UNITED STATES.

No. 875.   Decided June 19, 1961.

*John T. Chadwell, Richard S. Rhodes, Arthur C. O'Meara, John C. Berghoff, Weymouth Kirkland, E. Houston Harsha, George E. Leonard, Jr., John P. Doyle, Frederick T. Barrett* and *Howard Ellis* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* for the United States.

*Howard J. Trienens* for Western States Meat Packers Association, Inc., et al., as *amici curiae.*

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.   The motion of Western States Meat Packers Association, Inc., et al. for leave to file brief as *amici curiae* is granted.

HOBBS *v.* ALASKA.

No. 954.   Decided June 19, 1961.

*Fred D. Crane* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.